*J. Z. Foster* and *D. W. Blair,* for defendant.

---

MARTIN *v.* GAZAWAY.

LUMPKIN, J. 1. The assignment of error upon a portion of the charge is without merit.

2. The newly discovered evidence was not such as to require a new trial.

3. The verdict was supported by the evidence, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

NOVEMBER 13, 1914.

Complaint. Before Judge Patterson. Milton superior court. September 29, 1913.

*J. P. Brooke,* for plaintiff in error.

*Gober & Griffin* and *C. L. Harris,* contra.